**#25017**

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, CHANCERY DIVISION**

| | |
|---|---|
| SCOTT RICE, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 2021 CH 01592 |
| ) | |
| THOMAS J. DART in his official capacity as ) | |
| Sheriff of Cook County, Illinois; ) | |
| THE COOK COUNTY SHERIFF'S ) | |
| MERIT BOARD; and COOK COUNTY ) | |
| ILLINOIS, as indemnitor, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF FILING NOTICE OF REMOVAL OF ACTION TO FEDRAL COURT**

To: The Clerk of the Circuit Court of Cook County, Plaintiff c/o Disparti Law Group, 121 West Wacker Drive, Suite 2300, Chicago, IL 60601, and Co-Defendants.
(See Attached Service List).

PLEASE TAKE NOTICE that on **October 18, 2021**, we have filed with the United States District Court for the Northern District of Illinois, Eastern Division, Under Case No. <u>2021-cv-5524</u>, **Defendants, THOMAS DART, in his official capacity as Sheriff of Cook County, Illinois, and COOK COUNTY, ILLINOIS, as indemnitor's Notice of Removal** of the above captioned case. The Notice of Removal was filed under the provisions of 28 U.S.C. §§ 1331, 1441, and 1446. Attached hereto is a copy of the Notice of Removal. Pursuant to 28 U.S.C. §1446(d), no further proceedings may be had in this Court unless and until the case is remanded.

Dated: October 18, 2021
_

Respectfully Submitted,
<u>/s/ John H. Scheid, Jr.</u>
John H. Scheid, Jr.
Alexander J. Beehler
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606-4673
Telephone: (312) 346-1973
Attorney ID: #25017
jscheid@pretzel-stouffer.com
abeehler@pretzel-stouffer.com

**PROOF OF SERVICE**

      I, the undersigned, on oath affirm that all parties of record have been provided a copy of the foregoing by electronic mail on October 18, 2021.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.

                                                        /s/Gail Cash

901-083129

Scott Rice v. The Cook County Sheriff's Merit Board, et al.
2021 CH 01592
The Hon. Neil H. Cohen
Chancery Division, Calendar 5
General Chancery Section

**SERVICE LIST**

**ATTORNEYS FOR PLAINTIFF SCOTT RICE**
Mr. Cass T. Casper, Esq.
Ms. Nicollette M. Haines, Esq.
**Disparti Law Group, P.A.**
121 West Wacker Drive, Suite 2300
Chicago, IL 60601
P: (312) 351-2478
F: (312) 846-6363
ccasper@dispartilaw.com
Nicollette@dispartilaw.com

**ATTORNEYS FOR DEFENDANT COOK COUNTY SHERIFF'S MERIT BOARD**
Mr. Lyle Henretty, Esq.
Cook County State's Attorney—Conflicts Unit
50 W. Washington, Suite 2760
Chicago, IL 60602
lyle.henretty@cookcountyil.gov