# EXHIBIT B

FILED
9/17/2021 4:23 PM
IRIS Y. MARTINEZ
Atty. ID #25017
CIRCUIT CLERK
COOK COUNTY, IL
2021CH01592

14869948

FILED DATE: 9/17/2021 4:23 PM    2021CH01592

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, CHANCERY DIVISION**

| | |
|---|---|
| SCOTT RICE, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 2021 CH 01592 |
| ) | |
| THOMAS J. DART in his official capacity as ) | |
| Sheriff of Cook County, Illinois; ) | |
| THE COOK COUNTY SHERIFF'S ) | |
| MERIT BOARD; and COOK COUNTY ) | |
| ILLINOIS, as indemnitor, ) | |
| ) | |
| Defendants. ) | |

## APPEARANCE AND TWELVE-PERSON JURY DEMAND

The undersigned, as attorneys, enter the Appearances for all Defendants. Further, to the extent that this lawsuit currently requests relief for an alleged violation of 42 U.S.C. § 1983 including, *inter alia*, $600,000 in money damages:

***Defendants demand a twelve-person jury.**

I certify that a copy of the within instrument was served on all parties who have appeared and have not heretofore been found by the Court to be in default for failure to plead.

PRETZEL & STOUFFER, Chartered

By: /s/ John H. Scheid, Jr.
      John H. Scheid, Jr.

PRETZEL & STOUFFER, Chartered

By: /s/ Alexander J. Beehler
      Alexander J. Beehler

Atty ID #25017
John H. Scheid, Jr.
Alexander J. Beehler
Attorneys for: Defendants
Address: One South Wacker Drive, Suite 2500
City: Chicago, IL 60606-4673
Telephone: (312) 346-1973
jscheid@pretzel-stouffer.com
abeehler@pretzel-stouffer.com

EXHIBIT B